**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

V.                          NO. 4:98CR00024-002 SWW

VIRGIL DUNCAN

### ORDER

This matter is before the Court on defendant's motion to be removed from the remainder of his term of supervised release. The government has advised the Court that it has no objection to defendant's motion. The United States Probation Office has submitted a memorandum advising the Court that defendant has been steadily employed, has not had any violations, has been in compliance with all terms and condition, has completed 54 months of supervised release and has no objection to defendant's motion for early release from supervision. Therefore, the Court finds that defendant's motion [doc #61] should be ***granted***.

IT IS THEREFORE ORDERED that supervised release previously imposed be, and it is hereby, terminated pursuant to 18 U.S.C. § 3583(e)(1).

DATED this 14th day of October 2009.

/s/Susan Webber Wright
United States District Judge